# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 274 MAL 2016
: 
Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
: 
v. :
: 
: 
DAMAR PARKER, :
: 
Petitioner :
: 

**PER CURIAM:**

And now, this 1st day of November, 2016, the Petition for Allowance of Appeal and Petitioner's Motion to Remand to Trial Court Pursuant to Decision of the Pennsylvania Superior Court in Commonwealth v. Sean Ciccone, 2016 Pa. Super. 149, 2016 WL 3902841 (Pa. Super. filed July 12, 2016), are **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.